```
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 19 2009 ★

BROOKLYN OFFICE
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOSEPH DAYS,

                      Petitioner,

    -against-

CAMERON LINDSEY,
*Warden MDC Brooklyn*,

                      Respondent.
----------------------------------------------------------------X

JUDGMENT
09-CV-4004 (JG)

        An Order of Honorable John Gleeson, United States District Judge, having been filed on October 16, 2009, dismissing the petition as moot; it is

        ORDERED and ADJUDGED that petitioner take nothing of the respondent; and that the petition is dismissed as moot.

Dated: Brooklyn, New York
         October 16, 2009

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court